IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL WILSON,                          )
10716 WHISPER WILLOW LN                  )
THE WOODLANDS, TX 77380                  )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )      No. 18-CV-432
                                         )
U.S. DEPARTMENT OF JUSTICE,              )
950 PENNSYLVANIA AVENUE, NW              )
WASHINGTON, DC 20530-0001                )
                                         )
        Defendant.                       )

## ORIGINAL COMPLAINT

### I.    Introduction

1.    Plaintiff Russell Wilson ("Wilson") was erroneously denied the

right to purchase a firearm after a National Instant Background Check

("NIBC") suggested that Wilson was previously convicted of a

disqualifying offense. Despite Wilson's best efforts to correct the error

with the original source of the erroneous information—the U.S.

Attorney's Office for the W.D. of Missouri—the Department of Justice

refuses to correct its records concerning Wilson. Wilson challenges the

DOJ's refusal to correct its records consistent with 18 U.S.C. § 925A and the Second Amendment of the U.S. Constitution.

## II.   Parties

2.     Plaintiff Russell Wilson is a law-abiding U.S. citizen who is not prohibited for purchasing or possessing firearms under state or federal law. His mailing address is 10716 Whisper Willow Ln, The Woodlands, TX 77380.

3.     Defendant Department of Justice is a federal agency. Its mailing address is 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

## III.   Jurisdiction

4.     This Court has jurisdiction over Wilson's claims under 28 U.S.C. § 1331.

## IV.   Statement of Facts

5.     On November 2, 1992, Wilson pleaded guilty in the U.S. District Court for the W.D. of Missouri to a One-Count Information charging him with misdemeanor possession of cocaine in violation of 21 U.S.C. § 844. *United States v. Wilson*, No. 91-03272-04-CR-S-4 (W.D. Mo.).

6.     The Government filed a notice of enhancement under 21 U.S.C. §

851, relying on a separate prior Texas state drug conviction which was

expunged in the 1980s.

7.     On April 16, 1993, Wilson was sentenced to a term of three years

probation, and ordered to pay a $25 special assessment and $2,500 fine.

8.     In imposing sentence, the Honorable Russell G. Clark, specifically

declined to enhance Wilson's sentence based on the Government's 21

U.S.C. § 851 enhancement notice.

9.     The statutory maximum for an offense under 21 U.S.C. § 844 is

one year. 21 U.S.C. § 844.

10.    Wilson's statutory maximum would have been two years instead

of one if the sentencing court had sustained the Government's 21 U.S.C.

§ 851 enhancement notice. 21 U.S.C. § 844 ("except that if he commits

such offense after a prior conviction under this subchapter or

subchapter II, or a prior conviction for any drug, narcotic, or chemical

offense chargeable under the law of any State, has become final, he

shall be sentenced to a term of imprisonment for not less than 15 days

but not more than 2 years").

11.   Again, Wilson's sentencing judge declined to treat Wilson's Texas prior conviction as qualifying under 21 U.S.C. § 851.

12.   On March 18, 2014, Wilson was notified by the FBI that he was ineligible to purchase a firearm based on a disqualifying conviction from the W.D. of Missouri. The letter from the FBI directed Wilson to contact the U.S. Attorney's Office ("USAO") in Kansas City, Missouri for further information related to the record against him.

13.   Wilson, through counsel, attempted to correct the information in the files of the USAO for the W.D. of Missouri without success.

14.   Wilson has no convictions that disqualify him from possessing or purchasing a firearm under federal law.

**Count One**

15.   Paragraphs 1-14 are hereby reincorporated as fully set forth herein.

16.   Title 18, U.S.C. § 925A provides, in relevant part, that:

> Any person denied a firearm pursuant to subsection (s) or (t) of section 922—
>
> **(1)**
>
> due to the provision of erroneous information relating to the person by any State or political subdivision thereof, or by the national instant criminal background check system

established under section 103 of the
Brady Handgun Violence Prevention Act;

…

may bring an action against the State or political subdivision
responsible for providing the erroneous information, or
responsible for denying the transfer, or against the
United States, as the case may be, for an order directing that
the erroneous information be corrected or that the transfer
be approved, as the case may be.

18 U.S.C. § 925A.

17.    In addition, the Second Amendment of the U.S. Constitution

guarantees citizens the right to keep and bear arms.

18.    Wilson has not been disqualified from purchasing or possessing a

firearm under federal or state law.

19.    Wilson's prior misdemeanor conviction from the W.D. of Missouri

is not disqualifying because the statutory maximum for that offense

was one year in light of the sentencing judge's refusal to accept the

Government's 21 U.S.C. § 851 enhancement notice.

20.    The DOJ's refusal to correct its records to reflect Wilson has not

been convicted of disqualifying offense is unlawful.

**Relief Requested**

21.    Wilson requests the following injunctive relief:

(a)    An order requiring the DOJ to correct its records reflecting that Wilson's prior conviction in *United States v. Wilson*, No. 91-03272-04-CR-S-4 (W.D. Mo.) is not disqualifying for purposes of possessing or purchasing a firearm under federal law;

22.    Wilson requests a declaratory judgment that Wilson's prior conviction in *United States v. Wilson*, No. 91-03272-04-CR-S-4 (W.D. Mo.) is not disqualifying for purposes of possessing or purchasing a firearm under federal law.

23.    Wilson requests his costs and attorney's fees.

24.    Finally, Wilson urges the Court to grant him any and all other relief the Court deems just and fit.

<div style="margin-left:40%">

Respectfully submitted,

/s/Brandon Sample
Brandon Sample
Brandon Sample PLC
Bar ID: TX0144
P.O. BOX 250
Rutland, VT 05702
Tel: 802-444-4357
E-mail: Brandon@brandonsample.com
https://brandonsample.com/
https://sentencing.net

*Counsel for Russell Wilson*

</div>